UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE COMPLAINT
OF J.F. BRENNAN COMPANY, INC.,
FOR EXONERATION FROM,  Case No. 19-C-1402
OR LIMITATION OF, LIABILITY

## ORDER FOR STATUS UPDATE

J.F. Brennan Company filed this action under Admiralty Law seeking exoneration from, or limitation of, liability for any loss, injury, or damage incurred involving the injury of Jeffrey Helser. On February 12, 2021, the Court granted Helser's motion to dissolve the injunction enjoining him from commencing any action against J.F. Brennan for injuries he sustained. Dkt. No. 89. In that order, the parties were directed to notify this Court of the status of any proceedings on August 1, 2021, and each six months thereafter. The parties filed their first status report on July 30, 2021, but to date, have not filed their second status report. Within ten days of the date of this order, claimant's counsel shall advise the Court of the current status of any actions related to this matter.

**SO ORDERED** at Green Bay, Wisconsin this 10th day of February, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge